1
2
3
4
5
6
7
8                              IN THE UNITED STATES DISTRICT COURT
9                            FOR THE EASTERN DISTRICT OF CALIFORNIA
10  THEOTIS GOLDEN,
11          Plaintiff,                    No. CIV S-07-0472 WBS GGH P
12     vs.
13  UNKNOWN,
14          Defendant.                    ORDER
15  _____/

16          Plaintiff, a state prisoner at Centinela State Prison, has filed a declaration
17  containing brief and vague allegations of public corruption. Plaintiff attaches a generalized
18  inmate appeal he submitted concerning prison overcrowding and responses thereto. No other
19  pleadings have been filed by the plaintiff. In order to commence an action, plaintiff must file a
20  complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either
21  pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1]
22  See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief
23  until an action has been properly commenced. Therefore, plaintiff's declaration will be
24  disregarded. Plaintiff will be provided the opportunity to file his complaint, and to submit an
25
26       [1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

2. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

DATED: 3/30/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
gold0472.noc